**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____  Chapter  **7**

☐ Check if this an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Pebblekick, Inc., a Nevada corporation** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **83-1478684** |
| 4. | **Debtor's address** | **Principal place of business** **405 W. Montecito Avenue** **Sierra Madre, CA 91024** Number, Street, City, State & ZIP Code **Los Angeles** County | **Mailing address, if different from principal place of business** P.O. Box, Number, Street, City, State & ZIP Code **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ |

Debtor **Pebblekick, Inc., a Nevada corporation** _____  Case number (*if known*) _____

Name

7. **Describe debtor's business**

   A. *Check one:*

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ■ None of the above

   B. *Check all that apply*

   ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

   ____

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

   *Check one:*

   ■ Chapter 7
   ☐ Chapter 9
   ☐ Chapter 11. *Check **all** that apply*:

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   ■ No.
   ☐ Yes.

   District _____  When _____  Case number _____
   District _____  When _____  Case number _____

Debtor **Pebblekick, Inc., a Nevada corporation** _____  Case number (*if known*) _____

Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____  When _____  Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
        Contact name _____
        Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.
■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

☐ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Debtor  **Pebblekick, Inc., a Nevada corporation**    Case number (*if known*)
Name

- ■ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor  **Pebblekick, Inc., a Nevada corporation**                                    Case number *(if known)*
　　　　　Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **August 4, 2023**
　　　　　　　　　MM / DD / YYYY

X  **/s/ Prashanth Jayaraj**                                  **Prashanth Jayaraj**
　　Signature of authorized representative of debtor          Printed name

Title   **Chief Financial Officer**

**18. Signature of attorney**   X  **/s/ Gregory A. Rougeau**                        Date  **August 4, 2023**
　　　　　　　　　　　　　　　　Signature of attorney for debtor                              MM / DD / YYYY

**Gregory A. Rougeau 194437**
Printed name

**Brunetti Rougeau LLP**
Firm name

**235 Montgomery Street, Suite 830**
**San Francisco, CA 94104**
Number, Street, City, State & ZIP Code

Contact phone  **(415) 992-8940**        Email address  **grougeau@brlawsf.com**

**194437 CA**
Bar number and State

## RESOLUTION OF PEBBLEKICK, INC.

A meeting of the Board of Directors of PEBBLEKICK, INC. (the "Corporation"), a Nevada corporation, was held on August 4, 2023.  After a discussion, upon motion duly made carried, the following resolutions were adopted:

WHEREAS, the Corporation has been in litigation with the United States Securities and Exchange Commission (the "SEC"), in the United States District Court for the Central District of California (the "Action").  The Action is styled *Securities and Exchange Commission v. Pebblekick, Inc. et al.*, and has been assigned case number 2:22-cv-06984-RGK-MAR by the Clerk of the United States District Court for the Central District of California;

WHEREAS, the Corporation is in serious financial condition and has not had any meaningful business activity since end of 2021;

WHEREAS, it appears to the Corporation's Board of Directors that it is in the best interests of the Corporation, its shareholders, and creditors, to commence a case under Chapter 7 of Title 11, United States Bankruptcy Code (the "Bankruptcy Code");

NOW, THEREFORE, be it hereby resolved, that the Board finds and determines that it is in the best interest of the Corporation, its shareholders, and creditors, to commence a case under Chapter 7 of the Bankruptcy Code;

BE IT FURTHER RESOLVED that the Directors be, and each of them hereby is, empowered and directed without further action to prepare, sign and file, or cause to be prepared, signed and filed, a petition for the commencement of a case under Chapter 7 of the Bankruptcy Code, in the United States Bankruptcy Court for the Central District of California;

BE IT FURTHER RESOLVED that either Norman Chien, Chief Executive Officer and/or Prashanth Jayaraj, Chief Financial Officer of the Corporation, are designated and

authorized to act as the "Authorized Individual" for the signing of the Chapter 7 Voluntary Petition and as the Corporation's "Responsible Individual" as may be required by the Local Bankruptcy Rules for the Central District of California, and

  BE IT FURTHER RESOLVED that the Directors and agents of the Corporation are authorized, empowered and directed to retain the law firm of Brunetti Rougeau LLP, to commence the aforementioned Chapter 7 case, and to do all things, and to prepare, sign and file all papers or documents necessary or proper to the commencement of said Chapter 7 case; Brunetti Rougeau is authorized to take such actions in the bankruptcy case which Brunetti Rougeau, in its discretion, concludes are necessary to Brunetti Rougeau's and/or the Corporation's fulfillment of its fiduciary obligations in the bankruptcy case.

  BE IT FURTHER RESOLVED that this Resolution and its terms hereunder shall remain in effect unless otherwise agreed upon or amended by the Directors.

*[signature]*
Norman Chien
Director
Chief Executive Officer
Secretary of the Meeting

*[signature: Prash Jayaraj]*
Prashanth Jayaraj
Director
Chief Financial Officer

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Gregory A. Rougeau 194437<br>235 Montgomery Street, Suite 830<br>San Francisco, CA 94104<br>(415) 992-8940 Fax: (415) 992-8915<br>California State Bar Number: **194437 CA**<br>grougeau@brlawsf.com | |

☐ *Debtor(s) appearing without an attorney*
■ *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>**Pebblekick, Inc., a Nevada corporation**<br><br><br><br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER: 7 |
|---|---|
| | **VERIFICATION OF MASTER MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __4__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: **August 4, 2023**

/s/ Prashanth Jayaraj
Signature of Debtor 1

Date: _____

Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: **August 4, 2023**

/s/ Gregory A. Rougeau
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                                                                                                    F 1007-1.MAILING.LIST.VERIFICATION

Pebblekick, Inc., a Nevada corporation
405 W. Montecito Ave.
Sierra Madre, CA 91024


Gregory A. Rougeau
Brunetti Rougeau LLP
235 Montgomery Street, Suite 830
San Francisco, CA 94104


Ascentium Capital LLC
23970 Hwy. 59 N.
Kingwood, TX 77339


Ascentium Capital, LLC
c/o Jacob Bundick
Greenberg Traurig, LLP
10845 Griffith Peak Dr., Suite 600
Las Vegas, NV 89135


Bradley Farrer
Farrer Lending, LLC
194 North 90 East
Orem, UT 84059


CA State Board of Equalization
Account Information Group, MIC:29
P.O. Box 942879
Sacramento, CA 94279-0029


City Treasurer
City of Sierra Madre
232 W. Sierra Madre Blvd.
Sierra Madre, CA 91024


Clark County Treasurer
500 S. Grand Central Pkwy., 1st Fl.
Las Vegas, NV 89106

Damon Lilly
c/o Clyde Snow & Sessions
One Utah Center, 22nd Floor
201 S. Main St.
Salt Lake City, UT 84111


David Markun
Markun Zusman Compton
16255 Ventura Blvd., Suite 910
Encino, CA 91436


Employment Development Department
7677 Oakport St., Suite 400
Oakland, CA 94621


Employment Development Dept.
Bankruptcy Unit- MIC 92E
P.O. Box 826880
Sacramento, CA 94280


Farrer Lending, LLC
c/o Wayne Z. Bennett
201 S. Main St.
Suite 2200
Salt Lake City, UT 84111


Franchise Tax Board
Bankruptcy Unit
P.O.Box 2952
Sacramento, CA 95812


Franchise Tax Board
P.O. Box 1673
Sacramento, CA 95812


Franchise Tax Board
P.O. Box 942867
Sacramento, CA 94267-0011

```
Internal Revenue Service
Special Procedures Section
1301 Clay St., Stop 1400S
Oakland, CA 94612


Internal Revenue Service
P.O. Box 105416
Atlanta, GA 30348-5416


Internal Revenue Service
Ogden, UT 84201-0030



Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Kathryn C. Wanner
Securities and Exchange Commission
444 S. Flower St.
Suite 900
Los Angeles, CA 90071


Los Angeles County Tax Collector
225 N. Hill Street. #1
Los Angeles, CA 90012


Mitsubishi HC Capital America, Inc.
800 Connecticut Avenue
Norwalk, CT 06854


MVault, LLC
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801
```

Nevada Dept. of Taxation
700 E. Warm Springs Rd., 2nd Fl.
Las Vegas, NV 89119


Nevada Secretary of State
101 N. Carson St.
Suite 3
Carson City, NV 89701


Norman Chien
1290 Fairlawn Way
Pasadena, CA 91105


Prashanth Jayaraj
3419 Wedgewood Lane
Burbank, CA 91504


Secretary of State
State of California
1500 11th Street
Sacramento, CA 95814


Taylor Brown
c/o Clyde Snow & Sessions
One Utah Center, 22nd Floor
201 S. Main St.
Salt Lake City, UT 84111